## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tamayo Mollenthiel<br>    aka Tamayo S. Mollenthiel<br>    aka Tamayo Shimosakoda Mollenthiel<br>Claude C. Mollenthiel<br>    aka Claude Carl Mollenthiel<br>    aka Claude Mollenthiel<br><br>                    Debtors | BK NO. 17-04598 RNO<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322