```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04598-RNO
Claude C. Mollenthiel                                           Chapter 13
Tamayo Mollenthiel
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Oct 19, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
5035060        +Rapid Funding NYC, LLC d/b/a Rapid Funding,   c/o Granoff, Walker Forlenza, P.C.,
                 747 Third Avenue,   Suite 4C,   New York, NY 10017-2877

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Creditor    Borough of East Stroudsburg
               jchristman@newmanwilliams.com,  mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Morris Anthony Scott     on behalf of Creditor    PNC Bank, National Association mscott@udren.com,
               vbarber@udren.com
              Tullio  DeLuca    on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Tamayo  Mollenthiel tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-04598-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Claude C. Mollenthiel
1 Blair Court
E. Stroudsburg PA 18301

Tamayo Mollenthiel
1 Blair Court
E. Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 7: Rapid Funding NYC, LLC d/b/a Rapid Funding, c/o Granoff, Walker Forlenza, P.C., 747 Third Avenue, Suite 4C, New York, NY 10017

Name and Address of Transferee:

Bank United NA
Attn Justin Garcia
7815 NW 148th Street
Miami Lakes, FL 33016
Bank United NA
Attn Justin Garcia

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/21/18

Terrence S. Miller
**CLERK OF THE COURT**