```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04598-RNO
Claude C. Mollenthiel                                               Chapter 13
Tamayo Mollenthiel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar            Page 1 of 1           Date Rcvd: Oct 22, 2018
                              Form ID: orfeedue        Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
5121674        +Bank United NA,    Attn Justin Garcia,    7815 NW 148th Street,    Miami Lakes, FL 33016-1554
5121675        +Bank United NA,    Attn Justin Garcia,    7815 NW 148th Street,    Miami Lakes, FL 33016,
                 Bank United NA 33016-1554,    Attn Justin Garcia

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bank United NA,    Attn Justin Garcia,    7815 NW 148th Street,    Miami Lakes, FL 33016-1554
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman     on behalf of Creditor    Borough of East Stroudsburg
               jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Morris Anthony Scott     on behalf of Creditor    PNC Bank, National Association mscott@udren.com,
               vbarber@udren.com
              Tullio  DeLuca    on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Tamayo  Mollenthiel tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Claude C. Mollenthiel
aka Claude Carl Mollenthiel, aka Claude Mollenthiel

Tamayo Mollenthiel
aka Tamayo S. Mollenthiel, aka Tamayo Shimosakoda Mollenthiel

**Debtor(s)**

Chapter 13

Case number 5:17–bk–04598–RNO

Document Number: 72

### Order Filing Fee Due

A transfer of claim was filed on **October 19, 2018**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **October 29, 2018**.

Dated: October 22, 2018

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

orfeedue(05/18)