UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLAUDE C. MOLLENTHIEL
AKA: CLAUDE CARL MOLLENTHIEL,
CLAUDE MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO S. MOLLENTHIEL,
TAMAYO SHIMOSAKODA
MOLLENTHIEL

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-04598-RNO

CLAUDE C. MOLLENTHIEL
AKA: CLAUDE CARL MOLLENTHIEL,
CLAUDE MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO S. MOLLENTHIEL,
TAMAYO SHIMOSAKODA
MOLLENTHIEL

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 7, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 7, 2019, the Debtor(s) is/are $1754.00 in arrears with a plan payment having last been made on May 06, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 7, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLAUDE C. MOLLENTHIEL
AKA: CLAUDE CARL MOLLENTHIEL,
CLAUDE MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO S. MOLLENTHIEL,
TAMAYO SHIMOSAKODA
MOLLENTHIEL

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-04598-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 7, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | SERVED ELECTRONICALLY |
| CLAUDE C. MOLLENTHIEL<br>TAMAYO MOLLENTHIEL<br>1 BLAIR COURT<br>E. STROUDSBURG, PA 18301- | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com