```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-04598-RNO
Claude C. Mollenthiel                                                     Chapter 13
Tamayo Mollenthiel
       Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar               Page 1 of 2                  Date Rcvd: Jun 10, 2019
                              Form ID: pdf010             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db/jdb         +Claude C. Mollenthiel,    Tamayo Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
cr             +Borough of East Stroudsburg,    24 Analomink Street,    East Stroudsburg, PA 18301-2801
4990283        +3232 Newmark Drive,    Miamisburg, OH 45342-5421
5121674        +Bank United NA,    Attn Justin Garcia,    7815 NW 148th Street,    Miami Lakes, FL 33016-1554
5121675        +Bank United NA,    Attn Justin Garcia,    7815 NW 148th Street,    Miami Lakes, FL 33016,
                 Bank United NA 33016-1554,    Attn Justin Garcia
4988799         Creative Mobile Technologies, LLC,    42-32-21st Street,    Long Island City, NY 11101
4988803        +John C. Prevoznik, Esq.,    47 South Courtland Street,    East Stroudsburg, PA 18301-2872
4988804        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4988805         Lehigh Valley United,    1344 North Sherman St.,    Allentown, PA 18109
4988806         Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
4988809        +MRC RECOVERY INC,    182 N OAK STREET,    COPIAQUE, NY 11726-1223
4988810        +NY State Dept. of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
4988813        +PNC Bank,    Consumer Loan Center,    Mailstop: P5-PCLC-02-R,    2730 Liberty Ave.,
                 Pittsburgh, PA 15222-4704
5003496        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
4988812        +Phelan Hallinan Diamond & Jones, LLP,    One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                 Philadelphia, PA 19103-1814
4988815        +Rapid Funding NYC, LLC,    d/b/a Rapid Funding,    657 Tenth Avenue,    New York, NY 10036-2913
5035060        +Rapid Funding NYC, LLC d/b/a Rapid Funding,    c/o Granoff, Walker Forlenza, P.C.,
                 747 Third Avenue,    Suite 4C,    New York, NY 10017-2877
4988816        +Rubin & Rothman, LLC,    1787 Veterans Highway,    Islandia, NY 11749-1500
5025774       #+Vladimire Kaplan, et al,    c/o Andrew L. Statmore,    Fredson & Statmore, LLC,
                 915 Clifton Ave., Suite 100,    Clifton, NJ 07013-2725
4988818        +WHITE AND BLUE GROUP CORP.,    35-11 43RD AVENUE,    LONG ISLAND CITY, NY 11101-1712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4988797        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 10 2019 19:15:08      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
4988800        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 10 2019 19:15:08      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
4988802        +E-mail/Text: bknotice@ercbpo.com Jun 10 2019 19:11:46      Enhanced Recovery Company,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
4988807        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2019 19:15:02      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5034284         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2019 19:15:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4988808        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 10 2019 19:11:44      Midland Credit Management,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
4988811         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2019 19:11:42      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5018584         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2019 19:15:08
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4988822        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2019 19:15:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4994088        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2019 19:11:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bank United NA,    Attn Justin Garcia,    7815 NW 148th Street,    Miami Lakes, FL 33016-1554
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4988798*       +Claude C. Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
4988817*       +Tamayo Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
4988801       ##East Stroudsburg Borough,    24 Analomink St.,    P.O. Box 303,    East Stroudsburg, PA 18301-0303
4988814       ##+Powell, Rogers & Speaks,    1 Fisher St.,    Halifax, PA 17032-8845
                                                                                   TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Creditor    Borough of East Stroudsburg zac@fisherchristman.com, office@fisherchristman.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, National Association pabk@logs.com
              Tullio DeLuca    on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 2 Tamayo Mollenthiel tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Claude C. Mollenthiel**<br>aka Claude Carl Mollenthiel<br>aka Claude Mollenthiel<br>　　　　　　　　　　Debtor 1<br><br>**Tamayo Mollenthiel**<br>aka Tamayo S. Mollenthiel<br>aka Tamayo Shimosakoda Mollenthiel<br>　　　　　　　　　　Debtor 2<br>**CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>　　vs.　　　　　　　　Movant(s)<br><br>**CLAUDE C. MOLLENTHIEL**<br>**AKA: CLAUDE CARL MOLLENTHIEL,**<br>**CLAUDE MOLLENTHIEL**<br>**TAMAYO MOLLENTHIEL**<br>**AKA: TAMAYO S. MOLLENTHIEL,**<br>**TAMAYO SHIMOSAKODA**<br>**MOLLENTHIEL**<br>　　　　　　　　　　Respondent(s) | Chapter:　　13<br><br>Case No.:　　5:17-bk-04598-RNO |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

　　**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated:　June 10, 2019

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (RR)